# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL E. HOWARD,**

      **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-187-Orl-31KRS**

**WAL-MART, BRYAN KREBS, DUSTIN SHARRICK and RODNEY JEFFERSON ,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion and Affidavit for Leave to Appeal *In Forma Pauperis* (Doc. No. 29) filed April 11, 2005.

On May 27, 2005, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion and Affidavit for Leave to Appeal *In Forma Pauperis* is DENIED.

3. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of June, 2005.

Copies furnished to:

                                                                       GREGORY A. PRESNELL
                                                               UNITED STATES DISTRICT JUDGE

Counsel of Record
Unrepresented Party